

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-15-00004-CV

_____

BILLIE MURPHY TREMBLE, SHARON TREMBLE DONALDSON,
SELIA TREMBLE SHAWKEY, WILMER FORREST TREMBLE, JR.,
THE ESTATE OF WILMER FORREST TREMBLE, SR., Appellants

V.

LUMINANT MINING COMPANY LLC,
ENERGY FUTURE HOLDINGS CORPORATION AND SUBSIDIARIES, Appellees

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. 2013-390

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

On May 28, 2015, we suspended and abated this appeal pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure after receiving notice that Appellee Luminant Mining Company LLC (Luminant) had voluntarily filed a bankruptcy petition in the United States Bankruptcy Court for the District of Delaware (the Bankruptcy Court). Luminant has moved to reinstate this appeal after obtaining an order from the Bankruptcy Court lifting the Bankruptcy Code's automatic stay, to the extent it applied, and otherwise granting its permission for the appeal to proceed. Luminant attached a copy of the Bankruptcy Court's order to its motion.

We (1) find that Luminant has satisfied the conditions precedent to reinstatement established by Rule 8.3 of the Texas Rules of Appellate Procedure, (2) grant Luminant's motion to reinstate this appeal, and (3) reinstate the appeal on our docket. *See* TEX. R. APP. P. 8.2, 8.3. The appellants' brief, which was received, but not filed, prior to the suspension of this appeal, will be filed on the same date as, but after, this order is issued. The appellee's brief is due thirty days from the date of this order, or on or before November 30, 2015.

IT IS SO ORDERED.

BY THE COURT

Date:   October 27, 2015

2